576

396 A.2d 55

Commonwealth v. Via, Appellant.

Submitted March 13, 1978. LeRoy Smigel, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

JACOBS, P. J., dissented.

HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 55

Commonwealth v. Nathan Martin Weaver, Appellant.

Submitted March 20, 1978. Theodore S. Danforth, Chief Public Defender, for appellant; D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.